# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-00557-JVS | Date | May 24, 2010 |
|---|---|---|---|

| Title | In re Michael Wayne Mason et al.: Michel Wayne Mason, et al. v. Beltway Capitol LLC< |
|---|---|

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **June 20, 2010** why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the documents required by Rule 8006 of the Bankruptcy Rules. Counsel is advised that the Court will consider the filing of the following documents in Bankruptcy Court with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

 **X**  **Designation of Record**

 **X**  **Statement of Issues on Appeal**

 **X**  **Filing of Notice Regarding Ordering of Transcript**

 **X**  **Reporter's transcript has not been filed**

 __  Appellant's opening brief

 __  Appellee's opening brief

 __  Appellant's reply brief

If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court.

: 00

Initials of Preparer    kjt